IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-MJ-1243-WW-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSEPH J. KOSICH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the government's motion (D.E. 29) to reset the bench trial of this matter, currently set for 15 May 2014, to a date before 1 May 2014. Defendant has not filed a response nor has defense counsel responded to inquiries from both the government's counsel or this court seeking defendant's position on the motion. For good cause shown based on the facts and reasons stated in the motion, the motion is GRANTED, and the bench trial in this matter is reset for Tuesday, 29 April 2014, at 9:30 a.m. in the Sixth Floor Courtroom at the Terry Sanford Federal Building and Courthouse in Raleigh, North Carolina.

IT IS FURTHER ORDERED that, in preparation for trial, the parties shall:

1. file any motions relating to the admissibility of evidence no later than 25 April 2014. Written responses to any such motions are not required;

2. file a list containing names of witnesses whom the filing party anticipates calling in its case-in-chief no later than 28 April 2014; and

3. provide to the court, the clerk, and to the undersigned's law clerk a copy of each trial exhibit (whether or not offered for admission) no later than the first time it is referenced at trial.

SO ORDERED, this the 17th day of April 2014.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　James E. Gates
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge